JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE RICO, et al., | ) CASE NO. CV 14-03104-MMM(PLAx) |
| Plaintiff(s), | ) |
| vs. | ) ORDER DISMISSING CIVIL ACTION |
| HOLLEY PROPERTY MANAGEMENT, INC., et al., | ) |
| Defendant(s). | ) |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30** **days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

DATED: October 20, 2014

_[signature: Margaret M. Morrow]_
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE